UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
SIXTO FIGUEREO,

               Plaintiff,

v.

AMERICAN LANGUAGE
COMMUNICATION CENTER,

               Defendant.
-------------------------------------------------------x

07 CV 4722 (NRB)

STIPULATION AND ORDER OF
SUBSTITUTION OF DEFENDANT'S
COUNSEL

IT IS HEREBY STIPULATED AND AGREED that the law firm of Littler Mendelson, P.C. shall be substituted as counsel of record for Defendant American Language Communication Center in the above-captioned action, in the place and stead of the law firm of Thelen Reid Brown Raysman & Steiner LLP. Said substitution has been effected with the knowledge and consent of Defendant American Language Communication Center.

Dated: New York, New York
       April 10, 2008

LITTLER MENDELSON, P.C.
(superseding attorneys)

By: _____
    Jean L. Schmidt

900 Third Avenue
New York, NY 10022
(212) 583-9600
(212) 832-2719

THELEN REID BROWN RAYSMAN &
STEINER LLP
(withdrawing attorneys)

By: _____
    A Member of the Firm

875 Third Avenue
New York, NY 10022
(212) 895-2000

SO ORDERED:

_____ Date: April 14, 2008
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SIXTO FIGUEREO,    07 CV 4722-~~KMW~~ (NRB)

        Plaintiff,    **AFFIRMATION IN SUPPORT OF**
v.    **STIPULATION AND ORDER OF**
     **SUBSTITUTION OF DEFENDANT'S**
AMERICAN LANGUAGE    **COUNSEL**
COMMUNICATION CENTER,

        Defendant.
------------------------------------------------------------x

    1.    I am a Shareholder with the law firm Littler Mendelson, P.C. ("Littler"), which wishes to represent Defendant American Language Communication Center., in the above-captioned action. I make this affirmation as required by this Court's Local Civil Rule 1.4 in support of the Stipulation and Order of Substitution of Defendant's Counsel, a true and accurate copy of which is attached hereto as Exhibit A.

    2.    Defendant previously was represented by the firm of Thelen Reid Brown Raysman & Steiner, LLP ("Thelen") in this action.

    3.    On or about April 7, 2008, the undersigned, along with the other attorneys in Thelen's New York Labor and Employment department, joined Littler.

    4.    Defendant has advised that it now wishes to be represented by Littler due to the Littler attorneys' familiarity with this matter.

    5.    This substitution of counsel is not anticipated to create any delay in the litigation of this action.

I declare under penalty of perjury under the laws of the New York State, that the foregoing is true and correct.

Dated: New York, New York
April 10, 2008

*Jean L. Schmidt*