UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIXTO FIGUEROA,

            Plaintiff,

  v.

AMERICAN LANGUAGE COMMUNICATION CENTER,

            Defendant.

Civil Action No. 07 CIV 4722 (WRB)

**NOTICE OF CHANGE OF FIRM**

PLEASE TAKE NOTICE that, effective immediately Jean L. Schmidt who has appeared as counsel for Defendant in the above-captioned case, has relocated her office and e-mail address as shown below:

            Littler Mendelson, PC
            900 Third Avenue
            New York, NY 10022
            (212) 583-9600 (phone)
            (212)832-2719(facsimile)
            jschmidt@littler.com

Dated: New York, New York
       April 29, 2008

            Respectfully Submitted,

            LITTLER MENDELSON, P.C.

            /s/ Jean L. Schmidt
            Jean L. Schmidt
            900 Third Avenue
            New York, NY  10022.4834
            212.583.9600 (telephone)
            212.832.2719 (facsimile)
            jschmidt@littler.com (email)

            Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIXTO FIGUEROA,<br><br>     Plaintiff,<br><br>  v.<br><br>AMERICAN LANGUAGE COMMUNICATION CENTER,<br><br>     Defendant. | Civil Action No. 07 CIV 4722 (WRB)<br><br>**CERTIFICATE OF SERVICE** |

 I hereby certify that on April 29, 2008, I served the foregoing on the following by filing it electronically with the Clerk of the above-captioned Court using its CM/ECF systems, upon:

      Sixto Figueroa
      705 Gerard Avenue, #20C
      Bronx, New York 10451
      Attorney Pro Se

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

 Executed this 29th day of April 2008, in New York, New York.

            /s/ Anna Maria Loiacono_____
            Anna Maria Loiacono