```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SIXTO FIGUEROA,

     Plaintiff,

 -v-

AMERICAN LANGUAGE COMMUNICATION CENTER,

     Defendant.
------------------------------------X

07 Civ. 4722 (NRB)

NOTICE OF INITIAL
PRETRIAL CONFERENCE

NAOMI REICE BUCHWALD, District Judge:

  This action has been assigned to me for all purposes. The parties are directed to appear for an initial pretrial conference with the Court, at the time and place listed below. Further, the parties are reminded that the Federal Rules of Civil Procedure were amended, effective December 1, 2000, in a number of respects relevant to pretrial proceedings. The parties (or counsel if a party is represented) are directed to <u>confer</u> with each other prior to the conference, preferably in person, regarding settlement and the other subjects to be considered at Fed. R. Civ. P. 16(b) and 26(f) conferences, and to be prepared to report orally to the Court on those subjects and to identify any discovery which must precede meaningful settlement discussions. The disclosure and discovery requirements of the amended rules will be addressed at the initial conference.

  At least four (4) days prior to the date of the conference, all parties must send the Court one copy of all <u>pleadings</u>.

  If this case has been settled or otherwise terminated, the parties are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is delivered to the Court before the date of the conference.

  All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and the parties are directed to <u>appear</u> <u>promptly</u> at the scheduled time.

  **The pretrial conferences must be attended by the plaintiff and the attorney who will serve as principal trial counsel for the defendant, and counsel must be authorized to settle the case**

and to make other appropriate stipulations.

  Requests for an *adjournment* may be made only in writing and must be received not later than three business days before the conference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all the parties are available. Unless the parties are notified that the conference has been adjourned it will be held as scheduled.

  **Date and place of conference: June 12, 2008 at 3:30 p.m. at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 21A.**

  Parties are directed to consult this Court's *Individual Practices* with respect to communications with Chambers, adjournments, motions and related matters.

  **SO ORDERED.**

**DATED:**  New York, New York
     May 14, 2008

             _____
             NAOMI REICE BUCHWALD
             United States District Judge